# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

December 6, 2016

Lyle W. Cayce
Clerk

No. 16-60178

ALL AMERICAN CHECK CASHING, INCORPORATED, A Mississippi Corporation; MID-STATE FINANCE, INCORPORATED,

Plaintiffs–Appellants,

v.

CHARLOTTE CORLEY, in her capacity as Commissioner of the Mississippi Department of Banking and Consumer Finance; VARIOUS JOHN DOES AND JANE DOES, Agents employed by the Mississippi Department of Banking and Consumer Finance, in their individual capacities; TAFT WEBB, an individual in his personal capacity; KRIS BOOKER, an individual in his personal capacity; KATHERINE CHRISTIAN, an individual in her personal capacity,

Defendants–Appellees.

Appeal from the United States District Court for the
Southern District of Mississippi
USDC No. 3:16-CV-55

Before CLEMENT, PRADO, and OWEN, Circuit Judges.

PER CURIAM:*

The judgment of the district court is AFFIRMED.  *See* 5TH CIR. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.